UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHANNON D. HOLLIE,<br><br>  Plaintiff,<br><br>v.<br><br>LUCINDA JESSON, Commissioner of Dept. of Human Services, and DENNIS BENSON, Executive Director of Minnesota Sex Offender Program,<br><br>  Defendants. | Civil No. 11-3147 PJS/JJG<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

3. This action is **DISMISSED FOR LACK OF JURISDICTION**; and

4. Petitioner shall **NOT** be granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   12/07/11                               s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge